OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



2/4/2015

02 1R
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

**FEIST, HERBERT HERMAN**    Tr. Ct. No. 39295-N    WR-12,375-22

This Court has previously entered an order citing you for abuse of the writ of habeas corpus. The application for writ of habeas corpus filed by you in the 252nd District Court, received by this Court on Friday, January 23, 2015, does not satisfy the requirements for consideration set out in the order described above. Therefore, the Court will take no action on this writ.

Abel Acosta, Clerk

U TF

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY
P. O. BOX 26007
BEAUMONT, TX 77720

N3B  77720